# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION


RED MOUNTAIN BANK, NA,

       Plaintiff,

vs.                                      CASE NO. 5:10cv104/RS-EMT

TOP SHELF STORAGE II LLC,
LEE A SAGE; and UNKNOWN
PERSON OR ENTITY,

       Defendants.

_____/

## ORDER

The Initial Scheduling Order dated July 6, 2010 (Doc. 15) is **vacated**.


**ORDERED** on July 6, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**