# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

RED MOUNTAIN BANK, N.A.,

    Plaintiff,

vs.                                  CASE NO. 5:10-cv-104/RS/EMT

TOP SHELF STORAGE II, LLC, et al.,

    Defendants.

_____/

## ORDER

Before me is the Suggestion of Bankruptcy (Doc. 19). This action is **stayed** as to Defendant Top Shelf Storage II only. The Show Cause Hearing presently scheduled for July 8, 2010, is **cancelled**.

    **ORDERED** on July 7, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**