IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RED MOUNTAIN BANK, N.A.,

    Plaintiff,

vs.                              CASE NO. 5:10-cv-104/RS/EMT

TOP SHELF STORAGE II, LLC, et al.,

    Defendants.
_____/

## **ORDER**

Plaintiff's Motion for Initial Scheduling Order (Doc. 18) is **denied as moot**.

**ORDERED** on July 7, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**