IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RED MOUNTAIN BANK, N.A.,
   Plaintiff,

vs.                                       CASE NO. 5:10-cv-104-RS/EMT

TOP SHELF STORAGE II, LLC, et al.,

   Defendants.

## ORDER

The unknown person or entity in possession of 105 Estes Place is terminated as a party pursuant to the order dated July 7, 2010 (Doc. 24).

**ORDERED** on August 10, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**