**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RED MOUNTAIN BANK, N.A.,**

**Plaintiff,**

**vs.**                                    **CASE NO. 5:10-cv-104/RS-EMT**

**TOP SHELD STORAGE II, LLC,
and LEE A. SAGE,**

**Defendants.**
_____/

**ORDER**

The bankruptcy case having been dismissed (Doc. 42, attach. 1), the stay is now

lifted.

**ORDERED** on November 18, 2010

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**