**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**RED MOUNTAIN BANK, N.A.,**

    **Plaintiff,**

vs.                                                            **CASE NO. 5:10-cv-104/RS-EMT**

**TOP SHELF STORAGE II, LLC,**
**and LEE A. SAGE,**

    **Defendants.**
_____/

## ORDER

Based on the paragraph fourteen of the Plaintiff's Response to my Show Cause Order (Doc. 57), Counts III and IV of the Complaint (Doc. 2) are dismissed.

The Amended Pretrial Order (Doc. 37) is vacated.

**ORDERED** on January 26, 2011

                                                          /S/ Richard Smoak
                                                          **RICHARD SMOAK**
                                                          **UNITED STATES DISTRICT JUDGE**