# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RED MOUNTAIN BANK, N.A.,**

    **Plaintiff,**

vs.                                      **CASE NO. 5:10-cv-104/RS-EMT**

**TOP SHELF STORAGE II LLC,**
**et al.,**
    **Defendants.**
_____/

## **ORDER**

    The Clerk is directed to close this case.

**ORDERED** on May 27, 2011

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**